UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                                  Case No. 3:11-cr-138-J-32JRK

DOMINGO RODRIGUEZ-MEDEROS, et al.

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney Jillian M. Jewell as government co-counsel for Assistant United States Attorney Michelle Taylor.

                                          Respectfully submitted,

                                          W. STEPHEN MULDROW
                                          Acting United States Attorney

By:   *s/ Jillian M. Jewell*
       Jillian M. Jewell
       Assistant United States Attorney
       Florida Bar No. 112974
       400 North Tampa Street, Suite 3200
       Tampa, FL 33602
       Telephone:  (813) 274-6000
       Facsimile:   (813) 274-6102
       E-Mail:      jillian.jewell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                              *s/ Jillian M. Jewell*
                              Jillian M. Jewell
                              Assistant United States Attorney
                              Florida Bar No. 112974
                              400 North Tampa Street, Suite 3200
                              Tampa, Florida 33602
                              Telephone:  (813) 274-6000
                              Facsimile:   (813) 274-6102
                              E-Mail:      jillian.jewell@usdoj.gov